# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| XIAFEN CHEN, | Case No. 1:19-cv-00045 |
| Plaintiff, | District Judge Timothy S. Black |
| v. | |
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Matthew J. Horwitz and Kevin A. Koller, Assistant United States Attorneys, hereby give their notice of appearance as counsel for the Defendant, United States of America.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Matthew J. Horwitz
    MATTHEW J. HORWITZ (0082381)
    Assistant United States Attorney
    Attorney for Defendant
    United States of America
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Fax: (513) 684-6972
    E-mail: Mattthew.Horwitz@usdoj.gov

s/Kevin A. Koller<br>
KEVIN A. KOLLER (NY 5180609)<br>
Assistant United States Attorney<br>
Attorney for Defendant<br>
United States of America<br>
200 West Second Street, Suite 600<br>
Dayton, OH 45402<br>
Office: (937)225-2910<br>
Fax: (937)225-2564<br>
Email: Kevin.Koller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system and is served by ECF to all parties on record.

s/Matthew J. Horwitz<br>
MATTHEW J. HORWITZ (0082381)<br>
Assistant United States Attorney