# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| XIAFEN "SHERRY" CHEN<br><br>　　　　Plaintiff,<br><br>Vs.<br><br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | Case No. 1:19-cv-00045<br><br><br><br>District Judge Timothy S. Black<br><br><br><br>Plaintiffs Unopposed Motion for a Three- Week Extension of Time to Answer, Move, or Otherwise Plead in Response to Defendant's Motion To Dismiss |

　　Plaintiff Xiafen Chen, moves this Honorable Court to extend the time to answer, move or otherwise plead in response to Defendant's Motion to Dismiss. In support, Plaintiff states as follows:

1. Pursuant to 7.3(a), Counsel for Plaintiff Xiafen Chen, solicited, conferred and received consent to the requested extension of time until June 7, 2019, 21 days from the original due date.
2. Opposing counsel, Matthew J. Horwitz and Kevin Koller concur with the request for the requested extension of time to June 7, 2019 and have no objections.
3. No prejudice will result to any party as a result of such time extension.
4. This is the first request for an extension by the Plaintiff.
5. This request is made solely in the interest of justice.

　　The proposed motion is attached.


　　Respectfully submitted,

1

<u>/s/ Michele L. Young</u>

Michele Young (0062001)
Michele L. Young, Co, LPA
8525 Given Road,
Cincinnati Ohio 45243
Tel: (513) 617-9152
michele@michelelyounglaw.com

<u>s/ Peter Toren</u>
Peter Toren — Member NY, DC, and
Cal Bars (admitted pro hac vice)
3028 Newark Street, NW
Washington, D.C. 20008
Tel: (646) 623-4654
ptoren@petertoren.com