IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| XIAFEN "SHERRY" CHEN<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 1:19-cv-00045<br><br>District Judge Timothy S. Black |

**ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to 7.3(a), Counsel for the Plaintiff, conferred and received consent from opposing counsel to extend the deadline to respond to the Defendant's motion to dismiss to the June 7, 2019, 21 days from the original deadline.

Hereby, Plaintiff Xiafen Chen's Motion to extend the deadline to answer, move, or otherwise plead in response to the Defendants motion to Dismiss is **GRANTED.**

**IT IS SO ORDERED.**

Date: _____

Timothy S. Black