| | |
|---|---|
| **From:** | Michele Young |
| **To:** | Horwitz, Matthew (USAOHS) |
| **Cc:** | Peter Toren; Koller, Kevin (USAOHS) |
| **Subject:** | Extension Until June 6th |
| **Date:** | Monday, May 20, 2019 3:37:08 PM |
| **Attachments:** | Chen Plaintiff Notice of extension.docx |

Dear Matthew,

Thank you for agreeing to a three-week extension of time to file in response to your Motion to Dismiss.

By our calculation, the proposed new deadline will be on June 6th. The language in our motion is the same as yours.

Here is a copy of the motion Peter and I will file today.

Thank you so much,

Michele

EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Xiafen "Sherry" Chen<br><br>    Plaintiff,<br><br>Vs.<br><br><br>United States of America<br><br>    Defendant. | Case No. 1:19-cv-00045<br><br><br><br>District Judge Timothy S. Black<br><br><br><br>**NOTICE OF STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD** |