| | |
|---|---|
| **From:** | Michele Young |
| **To:** | Horwitz, Matthew (USAOHS) |
| **Cc:** | Peter Toren; Koller, Kevin (USAOHS) |
| **Subject:** | Amended Complaint |
| **Date:** | Wednesday, June 05, 2019 10:51:16 AM |

Hi,

I called to let you know we are filing an Amended Complaint. Could you agree to not oppose? Call me at 513-617-9152.

Thanks,

Michele Young

EXHIBIT D