## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, CINCINNATI

| | |
|---|---|
| **XIAFEN CHEN** : | |
| 1438 Meadow Ridge Circle : | Case No. 1:19-cv-00045 |
| Wilmington, OH  45177 : | |
| : | Judge Timothy S. Black |
| Plaintiff, : | |
| : | **JURY TRIAL DEMANDED** |
| **vs.** : | |
| : | |
| **UNITED STATES OF AMERICA** : | |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |

## [PROPOSED] ORDER

**AND NOW THIS** _____ day of _____, 2019, upon consideration of Plaintiff Xiafen "Sherry" Chen Motion to amend her complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure it is hereby **ORDERED as GRANTED**. Further, the United States Motion to Dismiss the claims under the Federal Tort Claims Act ("FTCA") is hereby **DENIED**.

`               **BY THE COURT**

_____
**TIMOTHY S. BLACK, J**