UNITED STATES DEPARTMENT OF COMMERCE
Office of the Secretary
Washington, D.C. 20230

# REPORT OF INVESTIGATION

**CONTROL NUMBER:**

*2012261*

**ASSIGNMENT TYPE:**

*Counterintelligence//Criminal*

**ASSIGNMENT STATUS:**

*CLOSED//Referral*

**REPORT TYPE & DATE:**

*Final - 06/03/2014*

**PERIOD COVERED:**

*5/29/12 – 11/06/13*

**AFFECTED OFFENSE/REGULATION:**

*18 USC 1030 – Fraud and related activity in connection with computers*
*18 USC 1001 – False Statements, Concealment*

**BASIS:**

[REDACTED]

**FINDING:**

[REDACTED]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE      Page 1 of 5

EXHIBIT A

(U//LES) USACE records revealed CHEN was not an authorized NID user and did not have an active NID account (*Investigator's statement from LIEBERMAN - Exhibit J corroborated by NID Access Roster Exhibit K*). CHEN did not have authorization from her NOAA supervisor to access the NID (*Investigator's statement from BENEDICT - Exhibit M*).