# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| XIAFEN "SHERRY" CHEN | : Case No. 1:19-CV-00045 |
| Plaintiff, | : |
| vs. | : District Judge Timothy S. Black |
| | : |
| UNITED STATES OF AMERICA | : |
| Defendant. | : |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

Plaintiff Xiafen "Sherry" Chen respectfully moves pursuant to Federal Rule of Civil Procedure 6(b) for a 14-day extension, to and including November 12, 2019, to reply to Defendant the United States of America's Response in Opposition to Plaintiff's Motion to Amend ("Opposition Motion").

On October 15, 2019, Defendant filed a Response in Opposition to Plaintiff's Motion to Amend her complaint. (ECF No. 28). Plaintiff's deadline to reply to Defendant's Opposition Motion is October 29, 2019. *See* S.D. Ohio Civ. R. 7.2(a)(2) ("Any reply memorandum shall be filed within fourteen days after the date of service of the memorandum in opposition.")

Defendant's Opposition Motion is 72 pages and alleges multiple grounds as to why Plaintiff's Motion to Amend should be denied and involves complex state and federal law. A 14-day extension will not prejudice the United States because no other deadlines have been set in this matter and no discovery has occurred.

Counsel for Plaintiff has discussed the extension requested herein with counsel for Defendant United States of America. Counsel for Defendant advised that Defendant does consent to the requested extension.

Date: October 16, 2019

    Respectfully submitted,

    s/ Michele L. Young
    Michele L. Young (0062011)
    Trial Attorney for Plaintiff
    Michele L. Young Co., LPA
    8525 Given Road
    Cincinnati, OH 45243
    Tel: (513) 617-9152
    michele@michelelyounglaw.com

    Peter Toren – Member NY, DC, and
    CA Bars (admitted pro hac vice)
    3028 Newark Street, NW
    Washington, D.C. 20008
    Tel: (646) 623-4654
    ptoren@petertoren.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was filed electronically on October 16, 2019 using the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

    s/ Michele L. Young
    Attorney for Plaintiff