# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| XIAFEN CHEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 1:19-cv-00045<br><br>District Judge Timothy S. Black |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to S.D. Ohio Civ. R. 83.4(c), the United States of America hereby gives notice to this Honorable Court that Assistant U.S. Attorney, Kevin A. Koller, has withdrawn as counsel of record for the United States. Assistant U.S. Attorney, Linda Mindrutiu, is hereby substituted as counsel of record for the United States for purposes of this matter. This substitution is made with the knowledge and consent of the United States.

Respectfully submitted

VIPAL J. PATEL
Acting United States Attorney

*s/Kevin A. Koller*
KEVIN A. KOLLER (NY 5180609)
Assistant United States Attorney
Attorney for the United States of America
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6972
Email: Kevin.Koller@usdoj.gov

*s/Linda Mindrutiu*
LINDA MINDRUTIU (NY 4618245)
Assistant United States Attorney
Attorney for the United States of America
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6972
E-mail: linda.mindrutiu@usdoj.gov