# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

XIAFEN CHEN,
    Plaintiff,

:

Case No.: 1:19-cv-00045

-vs-
UNITED STATES OF AMERICA,
    Defendant,

:

District Judge Timothy S. Black
Magistrate Judge

:

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, <u>Michele L. Young</u>, trial
               (Name of Trial Attorney)

attorney for <u>Xiafen Chen</u>, in the above-referenced action, hereby moves the court to
    (Name of Party)

admit <u>Julie Veroff</u>, *pro hac vice* to appear and participate as counsel or co-counsel
    (Name of PHV Attorney)

in this case for <u>Xiafen Chen</u>.
    (Name of Party)

Movant represents that <u>Julie Veroff</u> is a member in good standing
    (Name of PHV Attorney)

of the highest court of <u>California</u> as attested by the accompanying certificate from that
    (Name of State)

court and that <u>Julie Veroff</u> is not eligible to become a member of the
    (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee



Julie Veroff  's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (415) 693-2000    Business fax (415) 693-2222

Business address 3 Embarcadero Center, 20th Floor

San Francisco, CA 94111-4004

Business e-mail address jveroff@cooley.com

/s/Michele L. Young
(Signature of Trial Attorney)
8525 Given Road
(Address)
Cincinnati, OH 45243
(City, State, Zip Code)
(513) 617-9152
(Telephone Number)

Trial Attorney for Xiafen Chen
(Name of Party)

**(Please attach required Certificate of Service)**

257432527 v1



## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on October 7, 2021 using the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

s/ Michele L. Young
Attorney for Plaintiff

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JULIE MICHELLE VEROFF

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JULIE MICHELLE VEROFF, **#310161**, was on the **6th** day of **JUNE 2016**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 6th day of October 2021.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By_____
Max Alfaro, Deputy Clerk