## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

XIAFEN "SHERRY" CHEN
        Plaintiff,

:

:     Case No.: 1:19-cv-00045

     -vs-

:     District Judge Timothy S. Black

UNITED STATES OF AMERICA
        Defendant,

    Magistrate Judge

:

:

### MOTION FOR ADMISSION *PRO HAC VICE*

     Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Michele L. Young_____, trial
                                   (Name of Trial Attorney)

attorney for Plaintiff XIAFEN CHEN , in the above-referenced action, hereby moves the court to
        (Name of Party)

admit John Hemann_____, *pro hac vice* to appear and participate as counsel or co-counsel
     (Name of PHV Attorney)

in this case for Plaintiff XIAFEN CHEN_____ .
          (Name of Party)

     Movant represents that John Hemann_____ is a member in good standing
                      (Name of PHV Attorney)

of the highest court of California_____ as attested by the accompanying certificate from that
               (Name of State)

court and that   John Hemann_____ is not eligible to become a member of the
         (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee


American LegalNet, Inc.
www.FormsWorkFlow.com

John Hemann _____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (415) 693-2000 _____ Business fax (415) 693-2222 _____

Business address COOLEY LLP, 3 Embarcadero Center, 20th Floor _____

San Francisco, CA 94111 _____

Business e-mail address jhemann@cooley.com _____

/s/ Michele L. Young _____
(Signature of Trial Attorney)
8525 Given Road _____
(Address)
Cincinnati, OH 45243 _____
(City, State, Zip Code)
(513) 617-9152 _____
(Telephone Number)

Trial Attorney for Plaintiff XIAFEN CHEN _____
(Name of Party)

## (Please attach required Certificate of Service)

257768452 v1


American LegalNet, Inc.
www.FormsWorkFlow.com

### <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing was filed electronically on October 7, 2021 using

the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

<u>s/ Michele L. Young</u>
Attorney for Plaintiff



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *JOHN HENRY HEMANN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JOHN HENRY HEMANN, #165823, was on the 25th day of September, 1993, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

Witness my hand and the seal of the court
on the 30th day of September 2021.

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Regine Ho, Senior Deputy Clerk