# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

XIAFEN CHEN                     :

    Plaintiff,                 :       Case No.: 1:19-cv-00045

  -vs-                          :       District Judge Timothy S. Black
UNITED STATES OF AMERICA              Magistrate Judge
    Defendant,                 :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _____Michele L. Young_____, trial
(Name of Trial Attorney)

attorney for___Xiafen Chen____, in the above-referenced action, hereby moves the court to
(Name of Party)

admit_____Bingxin Wu_____, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for_____Xiafen Chen_____.
(Name of Party)

Movant represents that ___Bingxin Wu_____ is a member in good standing
(Name of PHV Attorney)

of the highest court of___New York___ as attested by the accompanying certificate from that
(Name of State)

court and that___Bingxin Wu_____ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

  __Bingxin Wu_____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

  Business telephone __(212) 479-6868_____ Business fax __(212) 479-6275_____

  Business address __55 Hudson Yards_____

        ___New York, New York 10001-2157_____

  Business e-mail address __bwu@cooley.com_____

                        _/s/ Bingxin Wu_____
                        (Signature of Trial Attorney)
                        __8525 Given Road_____
                        (Address)
                        __Cincinnati, Ohio 45243_____
                        (City, State, Zip Code)
                        __(513) 617-9152_____
                        (Telephone Number)

                    Trial Attorney for __Xiafen Chen_____
                                (Name of Party)

**(Please attach required Certificate of Service)**

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on October 13, 2021 using the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

s/ Michele L. Young  
Attorney for Plaintiff

## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Bingxin Wu

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 18, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on October 6, 2021.

*Robert D. Mayberger*
Clerk of the Court

CertID-00035140



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

(518) 471-4778
fax (518) 471-4749
http://www.nycourts.gov/ad3/admissions

*Timothy P. O'Keefe*
*Acting Director of Attorney Admissions*

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D. Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised October 2020