# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

XIAFEN "SHERRY" CHEN          :

    Plaintiff,          :          Case No.: 1:19-cv-00045

  -vs-          :          District Judge  Timothy S. Black
    UNITED STATES OF AMERICA          Magistrate Judge
    Defendant,          :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _Michele L. Young_, trial
                                             (Name of Trial Attorney)

attorney for _Plaintiff Xiafen Chen_, in the above-referenced action, hereby moves the court to
          (Name of Party)

admit _Patrick Toomey_, *pro hac vice* to appear and participate as counsel or co-counsel
    (Name of PHV Attorney)

in this case for _Plaintiff Xiafen Chen_.
               (Name of Party)

Movant represents that _Patrick Toomey_ is a member in good standing
                    (Name of PHV Attorney)

of the highest court of _New York_ as attested by the accompanying certificate from that
           (Name of State)

court and that _Patrick Toomey_ is not eligible to become a member of the
         (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

___Patrick Toomey_____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone __212-549-2500_____  Business fax __212-549-2654_____

Business address __125 Broad St., Floor 18_____

                New York, NY 10004_____

Business e-mail address ____ptoomey@aclu.org_____

                                             __/s/ Michele L. Young_____
                                             (Signature of Trial Attorney)
                                             8525 Given Road
                                             (Address)
                                             Cincinnati, OH 45243
                                             (City, State, Zip Code)
                                             513-617-9152
                                             (Telephone Number)

                                 Trial Attorney for _Plaintiff Xiafen Chen_____
                                             (Name of Party)


**(Please attach required Certificate of Service)**

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on October 20, 2021 using

the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

/s/ Michele L. Young
Attorney for Plaintiff

*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

    *I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Patrick Christopher Toomey

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 11, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 4, 2021.*

*Maria T. Fasulo*

*Acting Clerk of the Court*

*CertID-00034623*



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
ACTING CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Acting Clerk of the Court

Revised August 2021