IN THE UNITED STATES DISTRICT COURT (Revised 09/19)
FOR THE SOUTHERN DISTRICT OF OHIO

XIAFEN CHEN,
    Plaintiff,               :     Case No.: 1:19-cv-00045

  -vs-                             :     District Judge Timothy S. Black
UNITED STATES OF AMERICA,              Magistrate Judge
    Defendant,             :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Michele L. Young, trial
                                                   (Name of Trial Attorney)

attorney for Xiafen Chen, in the above-referenced action, hereby moves the court to
         (Name of Party)

admit Robert Earles, *pro hac vice* to appear and participate as counsel or co-counsel
     (Name of PHV Attorney)

in this case for Xiafen Chen.
                (Name of Party)

Movant represents that Robert Earles is a member in good standing
                                 (Name of PHV Attorney)

of the highest court of Illinois as attested by the accompanying certificate from that
                       (Name of State)

court and that Robert Earles is not eligible to become a member of the
               (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee



Robert Earles 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (312) 881-6660      Business fax (312) 881-6598

Business address 444 West Lake Street, Suite 1700

Chicago, IL 60606

Business e-mail address rearles@cooley.com

/s/Michele L. Young
(Signature of Trial Attorney)
8525 Given Road
(Address)
Cincinnati, OH 45243
(City, State, Zip Code)
(513) 617-9152
(Telephone Number)

Trial Attorney for Xiafen Chen
(Name of Party)

**(Please attach required Certificate of Service)**

259276876



## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of was filed electronically on November 4, 2021 using the Court's CM/ECF system, which will serve notice of this filing on all counsel of record.

/s/ Michele L. Young
Michele L. Young
Attorney for Plaintiff

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Evans Earles

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of November, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois