IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Xiafen "Sherry" Chen, | |
| Plaintiff, | |
| v. | Case No. 1:19-CV-00045 |
| United States of America, et al., | Hon. Timothy S. Black |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff's Unopposed Motion for Extension of Time to File an Amended Complaint is **GRANTED**. Plaintiff shall file her amended complaint by May 16, 2022, or, if both agencies deny the administrative claim, within thirty days of said denial, whichever is sooner. Should it be necessary for Plaintiff to seek leave to amend because Defendants do not consent to the filing of an amended complaint, Defendants' response to Plaintiff's motion for leave to amend her complaint shall be due 60 days following the filing of Plaintiff's motion.

Dated: November 8, 2021

_____
UNITED STATES DISTRICT JUDGE