IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Xiafen "Sherry" Chen,

    Plaintiff,

v.

United States of America,

    Defendant.

Case No. 1:19-CV-00045

Hon. Timothy S. Black

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

On April 22, 2022, this Court granted Plaintiff's unopposed motion to stay the deadline to file a motion for leave to amend the complaint and ordered the parties to file a joint status report updating the Court on their settlement negotiations within 30 days. Since then, the parties have continued to make progress towards a settlement agreement. On May 13, 2022, counsel for Defendant sent a settlement proposal to counsel for Plaintiff. Plaintiff and her counsel are currently considering the government's proposal and are in the process of formulating a counterproposal. The parties remain interested in reaching a settlement and believe that an agreement acceptable to all parties is possible. Accordingly, they jointly request that the Court continue to stay the deadline to file a motion for leave to amend the complaint and order the parties to file another joint status report in 30 days.

Respectfully submitted,

*/s/ John Hemann*
John Hemann
Attorney for Plaintiff

*/s/ Matthew J. Horwitz*
Matthew J. Horwitz
Attorney for Defendant

John Hemann*
jhemann@cooley.com
Julie Veroff*
jveroff@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

Bingxin Wu*
bwu@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY  10001-2163
Telephone:     +1 212 479 6000
Facsimile:      +1 212 479 6275

Bobby Earles*
REarles@cooley.com
COOLEY LLP
444 W. Lake Street, Suite 1700
Chicago, IL  60606
Telephone:     +1 312 881 6500

Michele L. Young
michele@micheleyounglaw.com
MICHELE L. YOUNG CO., LPA
8525 Given Road
Cincinnati, OH 45243
Telephone:     +1 513 617 9152

Peter Toren*
ptoren@petertoren.com
PETER J. TOREN ATTORNEY AT LAW
40 East 80th Street
New York, NY 10075
Telephone:     +1 646 623 4654

Ashley Gorski*
agorski@aclu.org
Patrick Toomey*
ptoomey@aclu.org
Sarah Taitz*
staitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York NY 10004
Telephone:    +1 212 549 2500


*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on May 20, 2022 using the Court's CM/ECF system, which serves copies to all parties of record.

                                            */s/ John Hemann*
                                            John Hemann
                                            Attorney for Plaintiff