**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Xiafen "Sherry" Chen,

        Plaintiff,

    v.

United States of America,

        Defendant.

Case No. 1:19-CV-00045

Hon. Timothy S. Black

**[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO FILE A STATUS REPORT IN 30 DAYS**

The parties are **ORDERED** to file a status report in 30 days updating the Court on their settlement negotiations.

Dated:  May __, 2022

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on May 20, 2022, using the Court's CM/ECF system, which serves copies to all parties of record.

*/s/ John Hemann*
John Hemann
Attorney for Plaintiff