# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Xiafen "Sherry" Chen,

    Plaintiff,

v.

United States of America,

    Defendant.

Case No. 1:19-CV-00045

Hon. Timothy S. Black

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

On April 22, 2022, this Court granted Plaintiff's unopposed motion to stay the deadline to file a motion for leave to amend the complaint and ordered the parties to file a joint status report updating the Court on their settlement negotiations within 30 days. Following the parties' joint status report filed on May 20, 2022 (Dkt. No. 46), the Court ordered the parties to file a joint status report updating the Court on their settlement negotiations by June 20, 2022.

Since the Court's Order, the parties have continued to make progress towards a settlement agreement. As the parties previously reported, on May 13, 2022, counsel for Defendant sent a settlement proposal to counsel for Plaintiff. Plaintiff and her counsel carefully reviewed the government's proposal and, in consultation with the parties' agreed-upon mediator, Judge David Levi, submitted a counterproposal on June 8, 2022. The government is now considering that counterproposal.

The parties remain interested in reaching a settlement and believe that an agreement acceptable to all parties is possible. Accordingly, they jointly request that the Court continue to stay the deadline to file a motion for leave to amend the complaint and order the parties to file another joint status report in 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ John Hemann* | */s/ Matthew J. Horwitz* |
| John Hemann | Matthew J. Horwitz |
| Attorney for Plaintiff | Attorney for Defendant |

John Hemann*
jhemann@cooley.com
Julie Veroff*
jveroff@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Bingxin Wu*
bwu@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone:  +1 212 479 6000
Facsimile:  +1 212 479 6275

Bobby Earles*
REarles@cooley.com
COOLEY LLP
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Telephone:  +1 312 881 6500

Michele L. Young
michele@micheleyounglaw.com
MICHELE L. YOUNG CO., LPA
8525 Given Road
Cincinnati, OH 45243
Telephone:  +1 513 617 9152

Peter Toren*
ptoren@petertoren.com
PETER J. TOREN ATTORNEY AT LAW
40 East 80th Street
New York, NY 10075
Telephone:  +1 646 623 4654

Ashley Gorski*
agorski@aclu.org
Patrick Toomey*
ptoomey@aclu.org
Sarah Taitz*
staitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York NY 10004
Telephone:  +1 212 549 2500

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on June 17, 2022 using the Court's CM/ECF system, which serves copies to all parties of record.

>
> */s/ John Hemann*
> John Hemann
> Attorney for Plaintiff