# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Xiafen "Sherry" Chen, | |
| Plaintiff, | |
| v. | Case No. 1:19-CV-00045 |
| United States of America, | Hon. Timothy S. Black |
| Defendant. | |

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

On April 22, 2022, this Court granted Plaintiff's unopposed motion to stay the deadline to file a motion for leave to amend the complaint and ordered the parties to file a joint status report updating the Court on their settlement negotiations within 30 days. Following the parties' joint status report filed on May 20, 2022 (Dkt. No. 46), the Court ordered the parties to file a joint status report updating the Court on their settlement negotiations by June 20, 2022. The parties did so (Dkt. No. 47), and the Court ordered that they file their next joint status report by July 15, 2022.

Since the Court's Order, the parties have continued to make progress towards a settlement agreement. As the parties previously reported, on May 13, 2022, counsel for Defendant sent a settlement proposal to counsel for Plaintiff. Plaintiff and her counsel carefully reviewed the government's proposal and, in consultation with the parties' agreed-upon mediator, Judge David Levi, submitted a counterproposal on June 8, 2022. The government considered that counterproposal, and on July 8, 2022, rejected it and issued a counter-offer. On July 12, 2022, counsel for Plaintiff informed the government that Plaintiff is prepared to accept an overall dollar amount near the government's proposal, but that various specific issues need to first be resolved.

The parties remain interested in reaching a settlement and believe that an agreement

acceptable to all parties is possible. Accordingly, they jointly request that the Court continue to stay the deadline to file a motion for leave to amend the complaint and order the parties to file another joint status report in 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ John Hemann* | */s/ Matthew J. Horwitz* |
| John Hemann | Matthew J. Horwitz |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| John Hemann* | Michele L. Young |
| jhemann@cooley.com | michele@micheleyounglaw.com |
| Julie Veroff* | MICHELE L. YOUNG CO., LPA |
| jveroff@cooley.com | 8525 Given Road |
| COOLEY LLP | Cincinnati, OH 45243 |
| 3 Embarcadero Center, 20th Floor | Telephone:   +1 513 617 9152 |
| San Francisco, CA  94111-4004 | |
| Telephone:   +1 415 693 2000 | Peter Toren* |
| Facsimile:    +1 415 693 2222 | ptoren@petertoren.com |
| | PETER J. TOREN ATTORNEY AT LAW |
| Bingxin Wu* | 40 East 80th Street |
| bwu@cooley.com | New York, NY 10075 |
| COOLEY LLP | Telephone:   +1 646 623 4654 |
| 55 Hudson Yards | |
| New York, NY  10001-2163 | Ashley Gorski* |
| Telephone:   +1 212 479 6000 | agorski@aclu.org |
| Facsimile:    +1 212 479 6275 | Patrick Toomey* |
| | ptoomey@aclu.org |
| Bobby Earles* | Sarah Taitz* |
| REarles@cooley.com | staitz@aclu.org |
| COOLEY LLP | AMERICAN CIVIL LIBERTIES UNION |
| 444 W. Lake Street, Suite 1700 | FOUNDATION |
| Chicago, IL  60606 | 125 Broad Street |
| Telephone:   +1 312 881 6500 | New York NY 10004 |
| | Telephone:   +1 212 549 2500 |
| | |
| | *Attorneys for Plaintiff* |
| | *Admitted Pro Hac Vice |

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was filed electronically on July 14, 2022 using the Court's CM/ECF system, which serves copies to all parties of record.

*/s/ John Hemann*
John Hemann
Attorney for Plaintiff