# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Xiafen "Sherry" Chen, | Case No. 1:19-CV-00045 |
| Plaintiff, | Hon. Timothy S. Black |
| v. | |
| United States of America, | |
| Defendant. | |

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

On April 22, 2022, this Court granted Plaintiff's unopposed motion to stay the deadline to file a motion for leave to amend the complaint. (ECF No. 46.) Thereafter, the parties have submitted periodic status reports to advise the Court regarding the parties' settlement discussions. (ECF Nos. 47, 48, 49, 50.) Following the parties' most recent status update, the Court ordered the parties file a joint status update by October 17, 2022.

Since the last status update, the parties made further progress in their negotiations. Counsel for Defendant received approval from the relevant agencies on a number of Plaintiff's non-monetary requests. Today, counsel for the parties had a productive video call during which they came to an agreement on a large majority of the outstanding issues related to both the monetary and non-monetary portions of the settlement. Given that there are only a small number of items left to finalize, the parties are hopeful they can conclude the settlement process shortly.

The parties have been engaged in the settlement process and respectfully

submit an extension of the Court's stay will continue to facilitate the parties' settlement discussions and increase the likelihood that the parties are ultimately able to reach a settlement. Accordingly, they jointly request that the Court continue to stay the deadline to file a motion for leave to amend the complaint and order the parties to file another joint status report in 30 days.

                                                Respectfully submitted,

| | |
|---|---|
| */s/ John Hemann* <br> John Hemann <br> Attorney for Plaintiff | */s/ Linda M. Mindrutiu* <br> Linda M. Mindrutiu <br> Attorney for Defendant |

John Hemann*
jhemann@cooley.com
Julie Veroff*
jveroff@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:   +1 415 693 2000
Facsimile:     +1 415 693 2222

Bingxin Wu*
bwu@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY  10001-2163
Telephone:   +1 212 479 6000
Facsimile:     +1 212 479 6275

Bobby Earles*
REarles@cooley.com
COOLEY LLP
444 W. Lake Street, Suite 1700
Chicago, IL  60606
Telephone:   +1 312 881 6500

Michele L. Young
michele@micheleyounglaw.com
MICHELE L. YOUNG CO., LPA
8525 Given Road
Cincinnati, OH 45243
Telephone:  +1 513 617 9152

Peter Toren*
ptoren@petertoren.com
PETER J. TOREN ATTORNEY AT LAW
40 East 80th Street
New York, NY 10075
Telephone:  +1 646 623 4654

Ashley Gorski*
agorski@aclu.org
Patrick Toomey*
ptoomey@aclu.org
Sarah Taitz*
staitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York NY 10004
Telephone:  +1 212 549 2500

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*