# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Xiafen "Sherry" Chen, | Case No. 1:19-cv-00045 |
| Plaintiff, | Hon. Timothy S. Black |
| v. | |
| United States of America, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Xiafen "Sherry" Chen and Defendant the United States of America file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As more fully set forth in the parties' relevant settlement agreement, the parties shall each bear their own fees, costs, and expenses, and the Court shall not retain jurisdiction to enforce the parties' settlement or otherwise.

Respectfully submitted,

*/s/ John Hemann*
John Hemann
Attorney for Plaintiff

*/s/ Linda M. Mindrutiu*
Linda M. Mindrutiu
Attorney for Defendant

John Hemann*
jhemann@cooley.com
Julie Veroff*
jveroff@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Bingxin Wu*
bwu@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Bobby Earles*
REarles@cooley.com
COOLEY LLP
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Telephone: +1 312 881 6500

Michele L. Young
michele@micheleyounglaw.com
MICHELE L. YOUNG CO., LPA
8525 Given Road
Cincinnati, OH 45243
Telephone: +1 513 617 9152

Peter Toren*
ptoren@petertoren.com
PETER J. TOREN ATTORNEY AT LAW
40 East 80th Street
New York, NY 10075
Telephone: +1 646 623 4654

Ashley Gorski*
agorski@aclu.org
Patrick Toomey*
ptoomey@aclu.org
Sarah Taitz*
staitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York NY 10004
Telephone: +1 212 549 2500

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*